

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00266-CV

ANDREW GARZA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2020-539-734, Honorable Douglas H. Freitag, Presiding

August 16, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Andrew Garza, proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of July 25, 2023, the Clerk of this Court notified Garza that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee within ten days would result in dismissal of the appeal. To date, Garza has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Garza has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam